FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 3 1 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02473-BNB

THOMAS REINIG, Prisoner #130269,

    Applicant,

v.

STATE OF COLORADO,

    Respondent.

## ORDER OF DISMISSAL

Applicant, Thomas Reinig, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the San Carlos Correctional Facility in Pueblo, Colorado. He attempted to initiate the instant action by submitting to the Court *pro se* a documents titled "Motion to Proceed In Forma Pauperis" and "Habeas Corpus, Federal."

On December 21, 2010, Magistrate Judge Boyd N. Boland ordered him to submit within thirty days on the Court-approved form an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 that named the proper Respondent and complied with Rule 10.1 of the Local Rules of Practice for this Court, Rule 8 of the Federal Rules of Civil Procedure, and Rule 4 of the Rules Governing Section 2254 Cases. Magistrate Judge Boland warned Mr. Reinig that, if he failed to comply with the December 21 order within the time allowed, the document titled "Habeas Corpus, Federal" would be denied and the action dismissed without further notice.

On December 30, 2010, Mr. Reinig filed a letter to Magistrate Judge Boland and a

two-page document titled "Amended Application," not on the Court-approved habeas corpus form, in which he notes that his custodian and the Respondent should be Warden Larry E. Reid. Mr. Reinig attached to the amended application an uncertified copy of his trust fund account statement for the period from September 1 to 30, 2010.

Mr. Reinig has failed, within the time allowed, to comply with all the directives of the December 21 order for an amended application.

Accordingly, it is

ORDERED that the documents titled "Habeas Corpus, Federal" (document no. 3) and "Amended Application" (document no. 23) are denied, and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Thomas Reinig, within the time allowed, to comply with all the directives of the December 21, 2010, order for an amended application. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that Mr. Reinig is directed to refrain from sending letters directly to judicial officers because D.C.COLO.LCivR 77.2 forbids *ex parte* communications with judicial officers.

DATED at Denver, Colorado, this 31st day of January, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02473-BNB

Thomas Reinig
Prisoner No. 130269
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81003

      I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on January 31, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk